# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK DEON WORDLAW, | |
| Plaintiff, | Case No. 2:13-cv-00927-JAD-GWF |
| vs. | **ORDER** |
| DWIGHT NEVEN, *et al.*, | |
| Defendants. | |

This matter is before the Court on the failure of counsel for the Office of the Attorney to file a status report. The Screening Order (#2) filed June 7, 2013, required the Office of the Attorney General to file a report regarding the results of the 90-day stay. To date the Office of the Attorney General has not complied. Accordingly,

**IT IS ORDERED** counsel for the Office of the Attorney General shall file the report form attached to the Screening Order (#2) regarding the results of the 90-day stay no later than **September 23, 2013**.

DATED this 11th day of September, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge