# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERICK DEON WORDLAW,

        Plaintiff,

vs.

DWIGHT NEVEN, *et al.*,

        Defendants.

Case No. 2:13-cv-00927-JAD-GWF

**ORDER**

This matter is before the Court on the failure of counsel for the Office of the Attorney to file a status report. The Screening Order (#2) filed June 7, 2013, required the Office of the Attorney General to file a report regarding the results of the 90-day stay. To date the Office of the Attorney General has not complied. Accordingly,

**IT IS ORDERED** counsel for the Office of the Attorney General shall file the report form attached to the Screening Order (#2) regarding the results of the 90-day stay no later than **September 23, 2013**.

DATED this 11th day of September, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge